AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

2020 FEB 25 AM 9: 53

| | |
|---|---|
| United States of America<br>v.<br><br>Dora Lilia RODRIGUEZ-Delgado<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

Case No:

# EP20MJ1399-RFC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of February 24, 2020, in the county of El Paso in the Western District of Texas , the defendant violated 8 U.S.C. § 1326 , an offense described as follows:

an alien, who had been excluded, deported and removed from the United States and who has not received the consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Section 202(3), 202(4), and 557, was found in the United States.

This criminal complaint is based on these facts:

On February 24, 2020, the Defendant, Dora Lilia RODRIGUEZ-Delgado, was encountered in Vinton, Texas by Deportation Officer Ricardo Diaz, who is assigned to the Immigration and Customs Enforcement Fugitive Operations/At-Large Team in El Paso, Texas. Officer Diaz questioned the Defendant as to her citizenship and immigration status. The Defendant readily admitted she is a citizen and national of Mexico without immigration documents allowing her to be or remain in the United States. The Defendant was previously removed from the United States to Mexico on March 31, 1999. There is no evidence that the Defendant received expressed consent from the appropriate authority to reapply for admission into the United States.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Maria Luisa Castañeda  Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 25, 2020
_____

_____
*Judge's signature*

City and state: El Paso, Texas

Robert F. Castañeda  U.S. Magistrate Judge
*Printed name and title*

Oath Telephonically Sworn
At ___1___ : _00_ PM
Fed.R.Crim.P.4.1(b)(2)(A)

CONTINUATION OF CRIMINAL COMPLAINT

## WESTERN DISTRICT OF TEXAS

United States of America

v.

Dora Lilia RODRIGUEZ-Delgado

**Continuation of Statement of Facts**:

The encounter between Deportation Officer Diaz and the Defendant took place at a business located in Vinton, Texas in El Paso, County. Officer Diaz was part of a proactive operation task force with Homeland Security Investigations attempting to locate and arrest criminal or alien fugitives working in the United States without authorization. On February 24, 2020, Officer Diaz encountered the Defendant at a tortilla-making business located on the 800 block of Westway Boulevard in Vinton. The Defendant was being employed by the business owners. Officer Diaz interviewed the Defendant and was able to establish her identity and lack of legal immigration status in the United States. Officer Diaz notified the Defendant of her rights and placed her under arrest. The Defendant was then transported to the DHS/ICE/ERO office in El Paso, Texas, where she was processed by being enrolled into the EAGLE/IDENT/NGI systems using biographical information and biometrics-captured data, with positive matching results indicating she, the Defendant, has immigration and criminal histories.

The Defendant's immigration records checks revealed that, on October 3, 1998, she was issued a Notice and Order of Expedited Removal (Form I-860) and was removed to Mexico on the same date. The Defendant was issued a Notice of Intent/Decision to Reinstate Prior Order and departed to Mexico on March 31, 1999 at Paso Del Norte Port of Entry, El Paso, Texas.

There is no evidence that the Defendant has received expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

The Defendant's criminal history is as follows: On March 29, 1999, she was convicted in federal District Court of "False Statement Under Oath Relating to Alien Registry", 18 USC 1015, and sentenced to 3 months imprisonment. On August 4, 2008, she was convicted in the state of Colorado of "Criminal Impersonation" and sentenced to 60 days. On September 1, 2010 she was convicted in the state of Texas of "Theft Property >=$50<$500" and sentenced to 20 days. On October 22, 2010 she was convicted in the state of Texas of "Fraud Use Possession Identifying Info" and sentenced to 2 years, suspended. On March 10, 2011, she was convicted in federal District Court of "Illegal Re-entry", 8 USC 1326, and sentenced to 13 months.

On February 24, 2020, the Defendant was arrested and booked in to the El Paso County Detention Facility pending her initial appearance in United States Magistrate Court.

The government will seek to file a Motion to Detain the Defendant without bond, showing for cause that the Defendant has a prior removal, and is a foreign national and therefore presents a high risk of fleeing to avoid prosecution on this charge.